# United States Bankruptcy Court
## Eastern District of California

In re: **Eliseo Mojarro**
Debtor(s)

Case No.: **13-18054**
Chapter: **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:

- [ ] Petition
- [ ] Creditor Matrix
- [ ] List of 20 Largest Unsecured Creditors
- [x] Schedules (check appropriate boxes). *See Instruction #4 below.*
  - [ ] A [x] B [x] C [ ] D [ ] E [ ] F [ ] G [ ] H [ ] I [ ] J
- [x] Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  **REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

Purpose of amendment (check one):

- [ ] To add pre-petition creditors, delete creditors, change amounts owed or classifications of debt ($30.00 **fee required**, provided the judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change creditors must be accompanied by an amended matrix listing only the creditors added or changed.
- [x] No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (NOTE: Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: February 7, 2014

Attorney's [or *Pro Se* Debtor's] Signature: /s/ Eric C. Hanson
Printed Name: Eric C. Hanson 139132
Mailing Address: 16038 Gale Avenue
Hacienda Heights, CA 91745

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of __1__ pages, is true and correct to the best of my(our) information and belief.

Dated: February 7, 2014
/s/ Eliseo Mojarro
Eliseo Mojarro
Debtor's Signature

Dated:

Joint Debtor's Signature

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format. These two files must be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### Eastern District of California

In re  Eliseo Mojarro ,
Debtor

Case No.   13-18054

Chapter   7

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 217,000.00 | | |
| B - Personal Property | Yes | 4 | 60,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 292,141.58 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 169,648.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,165.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,581.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 277,500.00 | | |
| | | | Total Liabilities | 461,789.85 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re   Eliseo Mojarro   ,
                        Debtor

Case No.   13-18054

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | ---: |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | ---: |
| Average Income (from Schedule I, Line 16) | 4,165.00 |
| Average Expenses (from Schedule J, Line 18) | 4,581.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,950.00 |

**State the following:**

| | | |
| --- | ---: | ---: |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 50,141.58 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 169,648.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 219,789.85 |

B6B (Official Form 6B) (12/07)

.

In re   Eliseo Mojarro                                        ,          Case No.   13-18054
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand | - | 150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking / Saving account at Bank of America | - | 450.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Various household goods and furnitures | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Family pictures and books at nominal value | - | 300.00 |
| 6. Wearing apparel. | | Personal clothing and wearing apparel & shoes | - | 1,350.00 |
| 7. Furs and jewelry. | | Personal small jewerly items | - | 350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | 5,100.00 |
|---|---|---|

  3   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   Eliseo Mojarro                        ,   Case No.   13-18054
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Pension plan - Retirement | - | 10,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Income tax refund 2013 | - | 8,900.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 18,900.00 |

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Eliseo Mojarro                                ,   Case No.   13-18054
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicle for own transportation 2008 Chevy Taho | - | 15,000.00 |
| | | Vehicle for debtor's brother Martin own transportation. In debtor's brother possession 2009 Mazda. | - | 10,000.00 |
| | | 1999 Toyota for debtor's wife own transportation | - | 2,000.00 |
| | | 2006 Lincoln LT Truck for debtor and family transportation. | - | 9,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      36,500.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Eliseo Mojarro                                                 ,       Case No.   13-18054
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|
|  | Total > | 60,500.00 |

Sheet   3   of   3    continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re    Eliseo Mojarro                                         ,    Case No.    13-18054
                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** 2127 Via Basilica Ave., Delano, CA 93215. Kern County. Parcel 423-311-14 Built: 2004. 1,887 sf., Lot: 6,969 sf. FMV provided from comparable sales $170,000 | C.C.P. § 703.140(b)(1) | 0.00 | 170,000.00 |
| 483 Rd 210, Richgrove, CA 93261. Turale County. Parcel # 340-080-011. Built: 1987. 1,200 Sf. FMV provided from comparable sales $47,000 | C.C.P. § 703.140(b)(1) | 0.00 | 47,000.00 |
| **Cash on Hand** Cash on hand | C.C.P. § 703.140(b)(5) | 150.00 | 150.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** Checking / Saving account at Bank of America | C.C.P. § 703.140(b)(5) | 450.00 | 450.00 |
| **Household Goods and Furnishings** Various household goods and furnitures | C.C.P. § 703.140(b)(3) | 2,500.00 | 2,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** Family pictures and books at nominal value | C.C.P. § 703.140(b)(5) | 300.00 | 300.00 |
| **Wearing Apparel** Personal clothing and wearing apparel & shoes | C.C.P. § 703.140(b)(3) | 1,350.00 | 1,350.00 |
| **Furs and Jewelry** Personal small jewerly items | C.C.P. § 703.140(b)(4) | 350.00 | 350.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** Pension plan - Retirement | C.C.P. § 703.140(b)(10)(E) | 10,000.00 | 10,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** Income tax refund 2013 | C.C.P. § 703.140(b)(5) | 8,900.00 | 8,900.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 1999 Toyota for debtor's wife own transportation | C.C.P. § 703.140(b)(2) | 2,000.00 | 2,000.00 |
| 2006 Lincoln LT Truck for debtor and family transportation. | C.C.P. § 703.140(b)(5) | 9,500.00 | 9,500.00 |
| | Total: | 35,500.00 | 252,500.00 |

   0   continuation sheets attached to Schedule of Property Claimed as Exempt

Amex
PO BOX 297871
Fort Lauderdale, FL 33329

Bakersfield Memorial Hospital
417 Bridge St
Danville, VA 24541

Bank of America
450 America Street
Simi Valley, CA 93065

Bank of America
PO BOX 30260
Los Angeles, CA 90030

BillMeLater
a Paypay Service
PO BOX 5138
Lutherville Timonium, MD 21094

Business Card Services
PO BOX 23066
Columbus, GA 31902

CACH, LLC
c/o Law Office of Richard Clark PLLC
3030 S. gessner Ste 200
Houston, TX 77063

CCFH
dba Delano Hospital Medical Center
PO BOX 460
Delano, CA 93216

Chapter 7 Trustee Jeffrey M. Vetter
PO BOX 2424
Bakersfield, CA 93303

Citi
PO BOX 6235
Sioux Falls, SD 57117

Citibusiness Card
Processing Center
Des Moines, IA 50363

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626

First Bankcard
PO BOX 2818
Omaha, NE 68103

First Nation Bank Omaha
PO BOX 3331
Omaha, NE 68103

First National Bank of Omaha
PO BOX 2557
Omaha, NE 68103

Johnson, Morgan & Whitter
6800 Broken Sound Parkway
Boca Raton, FL 33487

Kern Schools FCU
PO BOX 9506
Bakersfield, CA 93389

Law Office of Richard Clark
3030 S. Gessner, Suite 200
Houston, TX 77063

LeGourmet Food Court LLC
2127 Via Basilica Ave
Delano, CA 93215

Mercy Hospital of Bakersfield
PO BOX 55658
Los Angeles, CA 90074

Pawnee Leasing
c/o R.R. Beach Associates
95 Wolf Creek Blvd., Ste 2
Dover, DE 19901

Pawnee Leasing
700 Centre Avenue
Fort Collins, CO 80526

Pinnacle Emerg Phys of Bakersf
PO BOX 661972
Arcadia, CA 91066

Safe 1 Credit Union
PO BOX 2203
Bakersfield, CA 93303

Silverado Auto Diagnistic
701 Roberts Ln Unit # 2
Bakersfield, CA 93308

Steven M. Speier Receiver
c/o Transcon Financial Inc
13051 Central Avenue
Chino, CA 91710

TD Auto Financial
PO BOX 4086, Station A
Toronto, ON M5W 5K3

THD/CBNA
PO BOX 6497
Sioux Falls, SD 57117

The Dunning Law Firm
4545 Murphy Canyon Rd., Ste 200
San Diego, CA 92123

| | | |
|---|---|---|
| The Home Depot<br>PO BOX 653000<br>Dallas, TX 75265 | Trans Union Credit Bureau<br>Bankruptcy Notification<br>PO BOX 2000<br>Chester, PA 19022 | Transcon Financial Inc<br>13051 Central Ave<br>Chino, CA 91710 |
| USAA FSB<br>USAA Credit Card Payments<br>10750 McDermott Fwy<br>San Antonio, TX 78288 | USAirways<br>Business Card Services<br>PO BOX 23086<br>Columbus, GA 31902 | Wells Fargo<br>PO BOX 14411<br>Des Moines, IA 50306 |