B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    Eliseo Mojarro _____ ,    Case No. ____13-18054____
                                                    Debtor

                                                                        Chapter _____7_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 217,000.00 | | |
| B - Personal Property | Yes | 4 | 60,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 292,141.58 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 181,289.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,165.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,581.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 277,500.00 | | |
| | | Total Liabilities | | 473,430.62 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    Eliseo Mojarro

Debtor
,

Case No.    13-18054

Chapter    7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,165.00 |
| Average Expenses (from Schedule J, Line 18) | 4,581.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,950.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 50,141.58 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 181,289.04 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 231,430.62 |

B6F (Official Form 6F) (12/07)

In re    Eliseo Mojarro                                                                        ,    Case No.    13-18054

                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxxx4673  Amex PO BOX 297871 Fort Lauderdale, FL 33329 | | - | | | 2011 credit card purchase | | | | 260.00 |
| Account No. xxx7902  Bakersfield Memorial Hospital    ADD 417 Bridge St Danville, VA 24541 | | - | | | 11/13 Medical bill | | | | 79.29 |
| Account No. xxxxxxxxxxxx1345  BillMeLater    ADD a Paypay Service PO BOX 5138 Lutherville Timonium, MD 21094 | | - | | | 10/14 This debt does not belong to debtor | | | | 100.00 |
| Account No. xxxxxxxxxxxx4186  Business Card Services PO BOX 23066 Columbus, GA 31902 | X | - | | | unknwn This debt does not belong to debtor | | | X | 8,570.00 |
| _4_   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 9,009.29 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Eliseo Mojarro                                                                ,    Case No.    13-18054
                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx4375 <br><br> CACH, LLC <br> c/o Law Office of Richard Clark PLLC <br> 3030 S. gessner Ste 200 <br> Houston, TX 77063 | X | - | | | unknwn <br> Original creditor: Barclays Bank Delaware. This debt does not belong to debtor | | | X | 9,100.00 |
| Account No. xxxxxxxxxxx4375 <br><br> CACH, LLC <br> c/o Law Office of Richard Clark PLLC <br> 3030 S. gessner Ste 200 <br> Houston, TX 77063 | X | - | | | unknwn <br> Original creditor: MBNA America, N.A. This debt does not belong to debtor | | | X | 5,784.00 |
| Account No. xxxxxxxxxxx6329 <br><br> CACH, LLC <br> c/o Law Office of Richard Clark PLLC <br> 3030 S. gessner Ste 200 <br> Houston, TX 77063 | X | - | | | unknwn <br> Original creditor: Bank of America, N.A.This debt does not belong to debtor | | | X | 9,999.00 |
| Account No. xxx5208 <br><br> CCFH                      ADD <br> dba Delano Hospital Medical Center <br> PO BOX 460 <br> Delano, CA 93216 | | - | | | 01/05/14 <br> Medical bill . Illness | | | | 55.00 |
| Account No. xx0161 <br><br> CCFH                      ADD <br> dba Delano Hospital Medical Center <br> PO BOX 460 <br> Delano, CA 93216 | | - | | | 11/16/13 <br> Medical bill . Illness | | | | 18.56 |

| Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 24,956.56 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   Eliseo Mojarro
                                                    ,      Case No.   13-18054
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx8008<br><br>CCFH    ADD<br>dba Delano Hospital Medical Center<br>PO BOX 460<br>Delano, CA 93216 | | - | 11/15/13<br>Medical bill . Illness | | | | 35.44 |
| Account No. xxxxxxxxxxxx1614<br><br>Citi<br>PO BOX 6235<br>Sioux Falls, SD 57117 | X | - | unkwn<br>This debt does not belong to debtor | | | X | 14,365.00 |
| Account No. xxxxxxxxxxxx5988<br><br>First Bankcard<br>PO BOX 2818<br>Omaha, NE 68103 | | - | unknown<br>This debt does not belong to debtor | | | X | 6,250.00 |
| Account No. xxxx # x-xxxx-xx-x3824<br><br>First National Bank of Omaha<br>PO BOX 2557<br>Omaha, NE 68103 | X | - | 07/2013<br>Complaint for money. This debt does not belong to debtor | | | X | 6,253.02 |
| Account No. xxx7901<br><br>Mercy Hospital of Bakersfield    ADD<br>PO BOX 55658<br>Los Angeles, CA 90074 | | - | 11/18/13<br>Medical bill | | | | 313.01 |

Sheet no. _2_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   27,216.47

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Eliseo Mojarro _____,    Case No. _____13-18054_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. xxxxxx-xx7769 | X | - | | unknwn<br>This debt does not belong to debtor | | | | |
| Pawnee Leasing<br>c/o R.R. Beach Associates   CHANGE<br>95 Wolf Creek Blvd., Ste 2<br>Dover, DE 19901 | | | | | | | | 28,500.00 |
| Account No. xxxxx3400 | | - | | 2013<br>Medical bill | | | | |
| Pinnacle Emerg Phys of Bakersf  ADD<br>PO BOX 661972<br>Arcadia, CA 91066 | | | | | | | | 55.72 |
| Account No. xxxxxx6532 | | - | | 2011<br>Deficiency after repo 2006 BMW | | | | |
| TD Auto Financial<br>PO BOX 4086, Station A<br>Toronto, ON M5W 5K3 | | | | | | | | 26,667.00 |
| Account No. xxxxxxx2493 | | - | | 2010<br>credit card transaction | | | | |
| THD/CBNA<br>PO BOX 6497<br>Sioux Falls, SD 57117 | | | | | | | | 236.00 |
| Account No. xxxxxxxxxxx7539 | | - | | 12/2013<br>credit card purchase | | | | |
| The Home Depot   ADD<br>PO BOX 653000<br>Dallas, TX 75265 | | | | | | | | 178.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of         Subtotal
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)     55,636.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Eliseo Mojarro                                                                    ,    Case No.    13-18054
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Mojarro<br><br>Transcon Financial Inc<br>13051 Central Ave<br>Chino, CA 91710 | - | | | | unknwn<br>Original creditor: Steven M. Speier, Receiver. This debt does not belong to debtor | | | X | 39,882.00 |
| Account No. xxxxxxxx0237<br><br>USAA FSB<br>USAA Credit Card Payments<br>10750 McDermott Fwy<br>San Antonio, TX 78288 | - | | | | Open 02/08. Last activity 12/12<br>This debt does not belong to debtor | | | X | 15,504.00 |
| Account No. 4186<br><br>USAirways          ADD<br>Business Card Services<br>PO BOX 23086<br>Columbus, GA 31902 | - | | | | 05/13<br>This debt does not belong to debtor | | | | 9,084.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no.  4   of  4   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 64,470.00 |
| Total<br>(Report on Summary of Schedules) | 181,289.04 |

Amex
PO BOX 297871
Fort Lauderdale, FL 33329

Bakersfield Memorial Hospital
417 Bridge St
Danville, VA 24541

Bank of America
450 America Street
Simi Valley, CA 93065

Bank of America
PO BOX 30260
Los Angeles, CA 90030

BillMeLater
a Paypay Service
PO BOX 5138
Lutherville Timonium, MD 21094

Business Card Services
PO BOX 23066
Columbus, GA 31902

CACH, LLC
c/o Law Office of Richard Clark PLLC
3030 S. gessner Ste 200
Houston, TX 77063

CCFH
dba Delano Hospital Medical Center
PO BOX 460
Delano, CA 93216

Chapter 7 Trustee Jeffrey M. Vetter
PO BOX 2424
Bakersfield, CA 93303

Citi
PO BOX 6235
Sioux Falls, SD 57117

Citibusiness Card
Processing Center
Des Moines, IA 50363

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626

First Bankcard
PO BOX 2818
Omaha, NE 68103

First Nation Bank Omaha
PO BOX 3331
Omaha, NE 68103

First National Bank of Omaha
PO BOX 2557
Omaha, NE 68103

Johnson, Morgan & Whitter
6800 Broken Sound Parkway
Boca Raton, FL 33487

Kern Schools FCU
PO BOX 9506
Bakersfield, CA 93389

Law Office of Richard Clark
3030 S. Gessner, Suite 200
Houston, TX 77063

LeGourmet Food Court LLC
2127 Via Basilica Ave
Delano, CA 93215

Mercy Hospital of Bakersfield
PO BOX 55658
Los Angeles, CA 90074

Pawnee Leasing
c/o R.R. Beach Associates
95 Wolf Creek Blvd., Ste 2
Dover, DE 19901

Pawnee Leasing
700 Centre Avenue
Fort Collins, CO 80526

Pinnacle Emerg Phys of Bakersf
PO BOX 661972
Arcadia, CA 91066

Safe 1 Credit Union
PO BOX 2203
Bakersfield, CA 93303

Silverado Auto Diagnistic
701 Roberts Ln Unit # 2
Bakersfield, CA 93308

Steven M. Speier Receiver
c/o Transcon Financial Inc
13051 Central Avenue
Chino, CA 91710

TD Auto Financial
PO BOX 4086, Station A
Toronto, ON M5W 5K3

THD/CBNA
PO BOX 6497
Sioux Falls, SD 57117

The Dunning Law Firm
4545 Murphy Canyon Rd., Ste 200
San Diego, CA 92123

The Home Depot
PO BOX 653000
Dallas, TX 75265

Trans Union Credit Bureau
Bankruptcy Notification
PO BOX 2000
Chester, PA 19022

Transcon Financial Inc
13051 Central Ave
Chino, CA 91710

USAA FSB
USAA Credit Card Payments
10750 McDermott Fwy
San Antonio, TX 78288

USAirways
Business Card Services
PO BOX 23086
Columbus, GA 31902

Wells Fargo
PO BOX 14411
Des Moines, IA 50306