Eric C Hanson, SBN 139132
Law Office of Eric C Hanson
16038 Gale Avenue
Hacienda Heights, CA 91745
626-333-7720  Fax: 626-333-7709
ehansonbk @ gmail . com

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

**ELISEO MOJARRO**

Debtor.

Case No. 13-18054

**SPOUSAL WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT TO C.C.P. § 703.140(a)(2)**

[No Hearing Required]

We, __ELISEO MOJARRO__ and __MARIA NUNEZ__, hereby
      [Debtor - Print Name]          [Non-Filing Spouse - Print Name]

waive the right to claim in any bankruptcy proceeding during the period this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Chapter 4, other than those under C.C.P. § 703.140(b).

Dated: 02/07/2014

Eliseo Mojarro X _[signature]_
[Debtor - Sign Name]

Dated: 02/07/2014

Maria Nunez X _[signature]_
[Non-Filing Spouse - Sign Name]

*Caveat [Warning]: By signing this form, you may be giving up valuable legal rights. Before signing, you should seek the advice of an attorney. The Clerk's Office cannot give legal advice.*

EDC 3-060 (New 12/19/01)

1